**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
EDDIE BRYANT,

                Plaintiff,

- against -

SOUTH COUNTRY CENTRAL SCHOOL DISTRICT; BOARD OF EDUCATION, SOUTH COUNTRY CENTRAL SCHOOL DISTRICT; CHRIS PICINI, President of the Board of Education, South Country Central School District and Individually; CAROL HERMANN, Vice President of the Board of Education, South Country Central School District and Individually; ROCCO DiVITO, Trustee, Board of Education, South Country Central School District and Individually; LISA DiSANTO GROSSMAN, Trustee, South Country Central School District and Individually; JEANNETTE MISTLER, Trustee, South Country Central School District and Individually; JULIO MORALES, Trustee, South Country Central School District and Individually; ROB POWELL, Trustee, South Country Central School District and Individually; BARBARA SCHATZMAN, Trustee, South Country Central School District and Individually; ANTOINETTE HUFFINE, Trustee, South country Central School District and Individually; DANIELLE SKELLY, Trustee, South Country Central School District and Individually; ALLISON STINES, Trustee, South Country Central School District and Individually; DR. JOSEPH GIANI, Superintendent of Schools, South Country Central School District and Individually; and NELSON BRIGGS, Assistant Superintendent for Human Resources, South Country Central School District and Individually,

                Defendants.
------------------------------------------------------------X

**JUDGMENT**
CV 14-5621 (DRH)(ARL)

      A Memorandum and Order of Honorable Denis R. Hurley, United States District Judge, having been filed on March 31, 2017; granting the Defendants' motion for summary judgment; directing the Clerk of Court to enter judgment in favor of the Defendants as to Counts I, II, II, and IV of the Plaintiff Eddie Bryant's Complaint; and dismissing the Plaintiff Eddie Bryant's state law claims, Counts V and VI, without prejudice, it is

**ORDERED AND ADJUDGED** that the Plaintiff Eddie Bryant take nothing of the Defendants; that the Defendants' motion for summary judgment is granted; that judgment is hereby enter in favor of the Defendants as to Counts I, II, II, and IV of the Plaintiff Eddie Bryant's Complaint; that the Plaintiff Eddie Bryant's state law claims, Counts V and VI, are dismissed without prejudice; and that this case is hereby closed.


Dated: Central Islip, New York
       March 31, 2017

                                              DOUGLAS C. PALMER
                                              CLERK OF THE COURT

                                  By:    /s/ James J. Toritto
                                                Deputy Clerk